**Order entered December 16, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00817-CR

**RAYNALDO RIVERA ORTIZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 4
Collin County, Texas
Trial Court Cause No. 004-85328-2015**

## ORDER

Before the Court is court reporter Denise Condran's December 14, 2016 motion for an extension of time to file the reporter's record. The Court **GRANTS** Ms. Condran's motion.

We **ORDER** Ms. Condran to file the reporter's record within **THIRTY DAYS** from the date of this order.

/s/     ADA BROWN
          JUSTICE